# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VIRGINIA REYNOLDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO 05-0265-BH-L** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on plaintiff's motion to proceed in forma pauperis and motion to proceed without prepayment of fees in support thereof. (Doc. 2). Upon consideration, the undersigned finds that plaintiff's motion to proceed without prepayment of fees is incomplete and insufficiently explained. Plaintiff reported that she was unemployed and had a monthly mortgage payment of $708.44; however, she made no response to paragraph 5 in section VI wherein she was asked to explain how she provides for basic living needs. (Doc. 2). Also, she reported receipt of assets in paragraph 2(c), but did not indicate whether the assets were received one time or on a monthly basis. (Doc. 2). Also, plaintiff reported $2,000.00 in a bank or savings and loan association, financial institution or other repository.[1] (Doc. 2). Accordingly, plaintiff's motion is **DENIED as submitted** and she shall have until June 9, 2005 to pay the filing fee.

**DONE** and **ORDERED** this 9th day of May, 2005.

**S / KRISTI D. LEE**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Generally, $2,000.00 in such an account may disqualify the movant from in forma pauperis status.